IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SHEILA McCOY, Individually and on**                  **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                      No. 5:20-cv-5176-PKH

**ELKHART PRODUCTS CORPORATION**                  **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as an hourly worker for Elkhart Products Corporation within the past three (3) years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Sheila McCoy*
_____
**SHEILA McCOY**
October 1, 2020

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**One Financial Center**
**650 South Shackleford Road, Suite 411**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**