UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHEILA MCCOY                                                                                    PLAINTIFF

v.                                         No. 5:20-CV-05176

ELKHART PRODUCTS CORPORATION                                            DEFENDANT

## ORDER

Before the Court is the parties' joint stipulation (Doc. 64) of dismissal of Plaintiff's liability claims with prejudice. The motion represents the parties have settled Plaintiff's liability claims. Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all the parties who have appeared." Plaintiff's liability claims are therefore dismissed.

The parties further request a deadline of 30 days from the filing of the stipulation for Plaintiff to submit a petition for an award of attorneys' fees and costs. Federal Rule of Civil Procedure 54(d)(2)(B) provides that a motion for attorneys' fees must be filed "no later than 14 days after the entry of judgment" unless a court order provides otherwise. The Court will grant the parties' request and extend the deadline for a motion for attorneys' fees and costs to 30 days after entry of this order.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE. Any motion for attorneys' fees and costs by Plaintiff must be filed no later than 30 days after entry of this order. Judgment will be entered separately.

IT IS SO ORDERED this 15th day of March, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE