UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHEILA MCCOY                                                    PLAINTIFF

v.                           No. 5:20-CV-05176

ELKHART PRODUCTS CORPORATION                          DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 15th day of March, 2022.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE